**MISSOURI UNITED SCHOOL INSURANCE COUNCIL, Respondent,**

v.

**JACKSON R-II SCHOOL DISTRICT, Appellant/Cross–Respondent.**

No. ED 102886

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: February 23, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 2016

Application for Transfer Denied May 24, 2016

Matthew R. Hale, 900 West 48th Place, Kansas City, Mo. 64112, for appellant.

Stefan J. Glynias, Lawrence J. Wadsack, Co–Counsel, 714 Locust Street, St. Louis, MO. 63101, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Jackson R–II School District (the "School District") appeals the trial court's judgment in favor of Missouri United School Insurance Council ("MUSIC") following a bench trial, finding that MUSIC did not owe a duty, under its policy, to defend the School District against claims (the "Petition") arising out of the School District's contract with a third party. We

have reviewed the parties' briefs and the record on appeal, and we find the trial court did not err in holding that MUSIC did not owe a duty to defend the School District under the MUSIC's policy. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).